IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSÉ BATISTA, | : | 1:15cv1805 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| J.A. ECKARD, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 22nd day of March 2018, upon consideration of the Defendants' motion (Doc. 97) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 97) for summary judgment is GRANTED.

2. Judgment is entered in favor of Superintendent Eckard; Unit Manager Granlund and Sergeant Williams and against José Batista.

3. The Clerk of Court shall CLOSE this file.

4. Any appeal from this order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court